

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

**LAW OFFICES OF WILLIAM CAFARO**

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
www.cafaroesq.com

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

September 22, 2021

**Via ECF**
Hon. Denise Cote, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Lynnette Morello v. Manpower Group LLC and Experis US, Inc.
      Case No.: 21-cv-04438

Your Honor,

This office represents the Plaintiff in the above referenced employment discrimination action. We write jointly with the Defendants, to request an adjournment of the initial conference currently scheduled for Thursday, September 23, 2021, at 2:00PM. In order to save litigation resources, the Parties request that this conference be adjourned until after October 14, 2021, the date the parties are to mediate the action through the SDNY mediation program.

We thank the Court for its courtesy in this regard.

Respectfully Submitted,
LAW OFFICE OF WILLIAM CAFARO

By:   Amit Kumar, Esq. (AK 0822)
      *Attorneys for Plaintiffs*

CC:

All Counsel of Record (via ECF)

*The conference is adjourned to October 29 at 1:30 pm.*

*Denise Cote*
*9/22/21*