

*William Cafaro, Esq.*
*Partner*
ADMITTED IN NY, CA, MD & TX
Email: bcafaro@cafaroesq.com

*Amit Kumar, Esq.*
*Managing Attorney*
ADMITTED IN NY & NJ
Email: akumar@cafaroesq.com

*Andrew S. Buzin, Esq.*
*Of Counsel*
ADMITTED IN NY, FL & DC

108 West 39th Street, Suite 602
New York, New York 10018
Telephone: 212.583.7400
Facsimile: 212.583.7401
*www.cafaroesq.com*

*Louis M. Leon, Esq.*
*Associate*
ADMITTED IN NY
Email: lleon@cafaroesq.com

*Matthew S. Blum, Esq.*
*Of Counsel*
ADMITTED IN NY
Email: mblum@cafaroesq.com

January 27, 2022

**Via ECF**
Hon. Denise Cote, USDJ
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Lynnette Morello v. Manpower Group LLC and Experis US, Inc.**
    **Case No.: 21-cv-04438**

Your Honor,

This office represents the Plaintiff in the above referenced employment discrimination action. We write, jointly with the Defendants, to request the Court adjourn the in person conference currently scheduled for January 28, 2022 at 2:00PM, *sine die*. On December 23, 2021, the Court issued an order stating in relevant part that if the case is not dismissed by January 22, 2022, the Parties were to appear for the in-person conference. *See*, D.E. 23. On January 13, 2022, the Parties filed a stipulation of voluntary dismissal on the docket, which is currently being reviewed by the Clerk's office. As the Parties have stipulated to dismiss the action, the Parties believe the aforementioned conference should be adjourned, *sine die*. This is the first request to adjourn this conference.

*The conference is cancelled.*
*Denise Cote*
*1/27/22*

Respectfully Submitted,
LAW OFFICE OF WILLIAM CAFARO

By: Amit Kumar, Esq.
*Attorneys for Plaintiffs*

CC:

All Counsel of Record (via ECF)