UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LYNNETTE MORELLO

                Plaintiff,

-against-

MANPOWERGROUP US INC. and
EXPERIS US, INC.

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)**

Docket No.: 21-cv-04438 (DLC)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties, that no party being an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, this action is dismissed and discontinued with prejudice and without costs as to either party.

**IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may be executed in counterparts, and that electronic, scanned, and/or facsimile signatures shall be deemed original for all purposes.

| | |
|---|---|
| Dated:  Melville, New York<br>           January 12, 2022 | Dated:  New York, New York<br>           December 13, 2021 |
| Littler Mendelson, P.C<br>*Attorneys for Defendants* | LAW OFFICES OF WILLIAM CAFARO<br>*Attorneys for Plaintiff* |
| By: _[signature]_____ | By: _[signature]_____ |

1

6288620v.1

So ordered.
_[signature]_
1/27/22

|  |  |
|---|---|
| Lisa M. Griffith | Amit Kumar |
| 290 Broadhollow Road Suite 305<br>Melville, NY 11747<br>(516) 293-4525<br>Fax: (631) 293-4526<br>lgriffith@littler.com | 108 West 39th Street, # 602<br>New York, New York 10018<br>(866) 999-1806<br>(212) 583-7401 (fax)<br>akumar@cafaroesq.com |